**STATE of Missouri, Respondent,**

v.

**Michael L. COPELAND, Appellant.**

**No. WD 40331.**

Missouri Court of Appeals,
Western District.

March 28, 1989.

David H. Miller, Richmond, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from convictions of robbery in the first degree, § 569.020, RSMo 1986,

assault in the first degree, § 565.050, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and from respective, consecutive prison terms of thirty years, thirty years, and life.

Affirmed. Rule 30.25(b).